**Harry L. ROSENBAUM, Appellant, v. CECO STEEL PRODUCTS CORPORATION, a Corporation, Appellee.**

No. 9667.

United States Court of Appeals District of Columbia Circuit.

Argued Nov. 10, 1948.

Decided Dec. 20, 1948.

Mr. Ross O'Donoghue, Assistant United States Attorney, of Washington, D. C., with whom Mr. George Morris Fay, United States Attorney, of Washington, D. C., was on the brief, for appellant. Messrs. Daniel B. Maher and Sidney S. Sachs, Assistant United States Attorneys, both of Washington, D. C., also entered appearances for appellant.

Mr. John J. Carmody, of Washington, D. C., with whom Mr. Roger J. Whiteford, of Washington, D. C., was on the brief, for appellee.

Before EDGERTON, CLARK, and WILBUR K. MILLER, Circuit Judges.

PER CURIAM.

We find no error in the record. The judgment of the District Court is therefore affirmed.